Genevieve Klaner, appellee, v. George Klaner, appellant. Gen. No. 23,357.

Supplemental order modifying divorce decree as to custody of children. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Thomson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

Robert M. Davidson, for appellant. Iles, O'Connor, Eberhardt & Kesler, for appellee; A. M. Eberhardt, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Louise J. Davenport, appellant, v. John L. Davenport et al., appellees. Gen. No. 23,865.

Bill to set aside a conveyance on ground of mental incapacity and undue influence. Decree for defendant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

W. D. Wollesen, for appellant; George T. Crossland, of counsel. Fred and Aleck L. Bernstein, for appellees; Philip D. Hoffman, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Elgin, Joliet & Eastern Railway Company, appellee, v. J. W. Cook and G. P. Triandafil, trading as Cook Engineering & Construction Company. G. P. Triandafil, appellant. Gen. No. 23,877.

Action to recover demurrage charges. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

Alfred Roy Hulbert, for appellant. Knapp & Campbell, for appellee; Denis H. Grady, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

George Outman, appellee, v. Frank Parmelee Transfer Company, appellant. Gen. No. 23,901.

Action to recover for damage to automobile in collision with defendant's wagon. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

Homer K. Galpin and Samuel G. Hamblen, for appellant. Cleland, Lee & Phelps, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Libby, McNeill & Libby, appellee, v. Grand Trunk Western Railway Company, appellant. Gen. No. 23,917.

Action to recover for damage to a shipment of meats. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Rufus F. Robinson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed October 15, 1918.

L. L. Smith, for appellant. Baker & Holder, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.